[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 24, 2006
THOMAS K. KAHN
CLERK

No. 04-14568

D. C. Docket No. 04-00405 CV-ORL-31-JGG

WEISCO COMPUTERS INC.,

Plaintiff-Appellant,

versus

HEWLETT-PACKARD COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(April 24, 2006)**

Before DUBINA, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

The judgment of the district court is **AFFIRMED.**